BENJAMIN DAVIS *versus* WOLCOTT LAWRENCE, LOWRIN MARSH, WILLIAM G. TAYLOR AND HEMAN BROWN, JR.

. . . . . . . . . . . . . . . . . .

JOURNAL ENTRIES (1821): *Journal 3:* (1) Discontinued *p. 189.
PAPERS IN FILE: (1) Precipe for habeas corpus cum causa.
*Office Docket,* MS p. 123, c. 29.

JOHN DeGRAFF, ABRAHAM VAN SANTVOORD, JONATHAN WALTON AND ERI LUSHER, MERCHANTS IN COMPANY TRADING UNDER THE FIRM OF DeGRAFF, SANTVOORD & CO., *versus* ANAN HARMON

JOURNAL ENTRIES (1821–22): *Journal 3:* (1) Motion for procedendo *p. 189; (2) rule for judgment *p. 275.
PAPERS IN FILE: (1) Precipe for habeas corpus cum causa; (2) writ of habeas corpus; (3) transcript of county court record; (4) declaration; (5) recognizance and bail piece; (6) plea of non assumpsit; (7) precipe for subpoena; (8) subpoena; (9) precipe for execution ca. sa.; (10) writ of ca. sa. and return; (11) precipe for execution fi. fa.; (12) writ of fi. fa. and return.
*Office Docket,* MS p. 124, c. 30. Recorded in *Book A,* MS pp. 468-79.